**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:25-cv-20723-JB**

| | |
|---|---|
| SUPREME LINEN SERVICES, INC., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

**UNITED STATES' ANSWER**

The United States of America answers the numbered paragraphs of Plaintiff's Complaint as follows. Any allegation not specifically admitted is denied. *See* Fed. R. Civ. P. 8(b)(3).

**BACKGROUND**

1. Admits, except that it denies to the extent the paragraph suggests Supreme Linen Services, Inc. ("SLS") is entitled to recover an Employer Shared Responsibility Payment ("ESRP") with respect to the 2018 tax year.

2. Admits, except that it denies to the extent the paragraph suggests SLS is entitled to recover an ESRP with respect to the 2018 tax year.

3. Admits.

**PARTIES**

4. Admits.

5. Admits.

**JURISDICTION AND VENUE**

6. Admits.

7. Admits.

## FACTUAL ALLEGATIONS

8. Admits.

9. Admits.

10. Admits.

11. Admits that SLS failed to offer an employer-sponsored plan as required by the ACA between January and July 2018. Lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's remaining allegations in Paragraph 11.

12. Lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations in Paragraph 12.

13. Lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations in Paragraph 13.

14. Lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations in Paragraph 14.

15. Lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations in Paragraph 15.

16. Lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations in Paragraph 16.

17. Lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's allegation that SLS did not receive a March 5, 2021 Letter 226J from the IRS. Denies the remainder. The United States avers that the IRS sent a Letter 226J to SLS on March 5, 2021 notifying SLS of the proposed ESRP for its 2018 tax year. The IRS sent a Letter 5040J Follow

Up Letter to SLS on July 5, 2021, which informed SLS that it had previously sent SLS a Letter 226J on March 5, 2021. A copy of the Letter 226J was included with that mailing.

18. Plaintiff's allegations in Paragraph 18 are legal conclusions to which no response is required. To the extent a response is required, the United States denies and avers that section 4980H(a) provides that the penalty is imposed if "(1) any applicable large employer fails to offer to its full-time employees (and their dependents) the opportunity to enroll in minimum essential coverage under an eligible employer-sponsored plan (as defined in section 5000A(f)(2)) for any month, and (2) at least one full-time employee of the applicable large employer has been certified to the employer under section 1411 of the Patient Protection and Affordable Care Act as having enrolled for such month in a qualified health plan with respect to which an applicable premium tax credit or cost-sharing reduction is allowed or paid with respect to the employee."

19. Denies.

20. Denies.

21. Admits.

22. Admits that SLS failed to meet its obligation under I.R.C. § 4980H(a)(1). Denies the remaining allegations in Paragraph 22.

23. Admits.

24. Lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations in Paragraph 24.

25. Admits.

26. Admits.

27. Admits.

28. Admits.

29. Admits.

30. Plaintiff's allegations in Paragraph 30 are legal conclusions to which no response is required. To the extent a response is required, the United States admits that Plaintiff correctly quoted 42 U.S.C. § 18081(f)(2)(B)(i).

31. Lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations in Paragraph 31.

32. Paragraph 32 is a legal conclusion/hypothetical to which no response is required. To the extent a response is required, denies.

33. Admits that Paragraph 33 correctly quotes 45 C.F.R. § 155.310(h) and that Letter 226J was not issued by an exchange. Lacks knowledge or information sufficient to form a belief about Plaintiff's allegation that Letter 226J was the first notice SLS received concerning its potential liability for a 2018 ESRP. Denies Plaintiff's remaining allegations in Paragraph 33.

34. Admits.

35. Admits.

36. Admits.

37. Admits.

38. Admits that Letter 226J may be issued in lieu of—rather than in addition to—a certification required by Section 1411 of the ACA. Denies Plaintiff's remaining allegations in Paragraph 38.

39. Admits that Paragraph 39 correctly quotes the preamble to 45 C.F.R. Part 155 and 156, but denies that this shows the IRS has an incorrect interpretation of 45 C.F.R. 155.310(i).

40. Denies.

41. Admits.

42. Admits.

43. Lacks knowledge or information sufficient to form a belief about Plaintiff's allegations in Paragraph 43.

**COUNT I: REFUND OF THE 2018 ESRP**

44. The United States incorporates by reference the answers contained above in Paragraphs 1 through 43.

45. Admits.

46. Admits.

47. Admits.

48. Denies.

**PRAYER FOR RELIEF**

WHEREFORE, the United States of America prays that the Court deny the relief sought in the Complaint, dismiss Plaintiff's Complaint with prejudice, and grant such other and further relief as may be deemed appropriate under the circumstances, including costs.

Dated: May 8, 2025

/s/ ***Daniel B. Causey, IV***
DANIEL B. CAUSEY, IV
SC Bar No. 104035
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-1427 (v)
202-514-4963 (f)
Daniel.B.Causey@usdoj.gov

Of Counsel:
Hayden O'Byrne
United States Attorney
Southern District of Florida

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, I filed this document via CM/ECF, which will serve counsel of record for Plaintiff.

***/s/ Daniel B. Causey, IV***
Daniel B. Causey, IV
Trial Attorney, Tax Division
U.S. Department of Justice