

Tax Defense & Litigation

Department of the Treasury
Internal Revenue Service
1973 North Rulon White Blvd.
Ogden, UT 84201-0062

RECEIVED IN CORRE$
IRS - OSC - 2$

MAR 2 6 2024

OGDEN, UTAH

March 14, 2024

RECEIVED BUR
APR 0 3 2024
IRS Ogden, UT

**VIA: <u>USPS Priority Mail (9405 8301 0935 5076 9088 71)</u>**

Re: <u>Form 843, Request for Refund, Supreme Linen Services, Inc.
2018 ESRP (I.R.C. § 4980H)</u>

To Whom It May Concern:

I am writing on behalf of my client, Supreme Linen Services, Inc. (SLS), and in support of the enclosed Form 843 Request for Refund. SLS requests a refund of amount paid with respect to the ESRP assessed against it for the 2018 tax year ($184,436.82) plus interest due on the refund.

The ESRP penalty was improperly assessed pursuant to I.R.C. § 4980H.

I.R.C. § 4980 provides:

> **(a)Large employers not offering health coverage. If—**
> **(1)** any applicable large employer fails to offer to its full-time employees (and their dependents) the opportunity to enroll in minimum essential coverage under an eligible employer-sponsored plan (as defined in section 5000A(f)(2)) for any month, and
>
> **(2)** <u>at least one full-time employee of the applicable large employer has been certified to the employer under section 1411 of the Patient Protection and Affordable Care Act</u> as having enrolled for such month in a qualified health plan with respect to which an applicable premium tax credit or cost-sharing reduction is allowed or paid with respect to the employee,
>
> then there is hereby imposed on the employer an assessable payment equal to the product of the applicable payment amount and the number of individuals employed by the employer as full-time employees during such month.

This statute has two prongs that must be met before the IRS may impose a penalty under this section. First, the large employer must have failed to offer its full-time employees and their dependents the opportunity to enroll in an eligible employer-sponsored plan for any month. Second, at least one full-time employee of that employer must have been certified to the employer under Section 1411 of the ACA as having enrolled for such month in a qualified health plan with respect to which an applicable premium tax credit was allowed or paid.

**EXHIBIT**

**C**

T: 305.600.1485 F: 305.600.1334 A: 4000 Ponce De Leon Ste. 470  Coral Gables, Florida 33146

Here, the second prong was not met. No certification to SLS was ever issued pursuant to section 1411 of the ACA.

Without this certification, the IRS could not have properly assessed the penalties against SLS pursuant to I.R.C. § 4980H. SLS's liability is contingent upon this certification. Absent the certification, the penalties are not supported and should be abated. Accordingly, the amounts SLS paid with respect to the 2018 ESRP should be refunded, plus interest.

If you have any questions, or need any additional information, you may reach me at (305) 600-1485.

Sincerely,

Karen J. Lapekas

Encl(s): 1
     Form 843

Lapekas Law, P.A.

DOJ - 00020

Form **843**
(Rev. August 2011)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

Use Form 843 if your claim or request involves:
- (a) a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
- (b) an abatement of FUTA tax or certain excise taxes, or
- (c) a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

**Do not** use Form 843 if your claim or request involves:
- (a) an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
- (b) a refund of excise taxes based on the nontaxable use or sale of fuels, or
- (c) an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name(s) | | Your social security number |
|---|---|---|
| SUPREME LINEN SERVICES, INC. | RECEIVED IN CORRES IRS - OSC - 03 | |
| Address (number, street, and room or suite no.) | | Spouse's social security number |
| 7495 W 2ND CT | MAR 2 6 2024 | |
| City or town, state, and ZIP code | | Employer identification number (EIN) |
| HIALEAH, FL 33014 | OGDEN, UTAH | ▮▮▮▮▮6998 |
| Name and address shown on return if different from above | | Daytime telephone number |
| | | 305-600-1485 (rep) |

| 1 | Period. Prepare a separate Form 843 for each tax period or fee year. | | | | 2 | Amount to be refunded or abated: |
|---|---|---|---|---|---|---|
| | From | 1/01/2018 | to | 12/31/2018 | | $ 184,436.82 |

**3** Type of tax or fee. Indicate the type of tax or fee to be refunded or abated or to which the interest, penalty, or addition to tax is related.

☐ Employment  ☐ Estate  ☐ Gift  ☐ Excise  ☐ Income  ☐ Fee

**4** Type of penalty. If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section: **4980H (ESRP)**

**5a** Interest, penalties, and additions to tax. Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)

☐ Interest was assessed as a result of IRS errors or delays.
☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.
☑ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b** Date(s) of payment(s) ▶ _____

**6** Original return. Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.

☐ 706  ☐ 709  ☐ 940  ☐ 941  ☐ 943  ☐ 945
☐ 990-PF  ☐ 1040  ☐ 1120  ☐ 4720  ☐ Other (specify) ▶ ESRP

**7** Explanation. Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

See attached letter. The IRS failed to provide to the taxpayer the certification required pursuant to section 1411 of the Affordable Care Act. Accordingly, the IRS's assessment of the ESRP pursuant to IRC 4980H was improper.

The taxpayer requests a refund of the ESRP plus interest.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

_(signature)_ (2848 on file)    Date 3/14/24

Signature (Title, if applicable. Claims by corporations must be signed by an officer.)

Signature (spouse, if joint return) _____ Date _____

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 8-2011)