

**Department of the Treasury**
**Internal Revenue Service**
1973 North Rulon White Boulevard
Ogden, UT 84201-0062

**Date:**
8/12/2024

**Taxpayer ID number:**
XX-XXX6998

**Form:**
ESRP

**Tax year:**
December 31, 2018

**Person to contact:**
4980H Response Unit

**Contact telephone number:**
866-379-6176

**Contact fax number:**
877-792-2723

**Employee ID number:**
Letter 226J

**Response date:**
9/11/2024

SUPREME LINEN SERVICES INC
7495 W 2ND CT
HIALEAH, FL 33014

Dear SUPREME LINEN SERVICES INC:

We reviewed your Form 843, Claim for Refund and Request for Abatement, requesting a change to the previously assessed Employer Shared Responsibility Payment (ESRP) for the tax year above. We're proposing the following:

Based on the information provided, we decided to not change the previously assessed ESRP. The enclosed Form 886-A, Explanation of Items, explains our determination.

**If you agree with our determination**
- Sign the enclosed Form 2297, Waiver of Statutory Notification of Claim Disallowance, and Form 3363, Acceptance of Proposed Disallowance of Claim for Refund or Credit.

- Return the signed forms to the address at the top of this letter by the response date above

**If you disagree with our determination**
- **Request a meeting or telephone conference with a supervisor**
  You can request a meeting or telephone conference with the supervisor of the IRS contact person identified at the top of the first page.

- **Request a conference with our Office of Appeals**
  If you don't want to request a meeting or a conference, or you still disagree after the meeting or telephone conference, you can request a conference with our Office of Appeals. To make this request, submit either a small case request or a formal written protest to the IRS contact person identified above so that we receive it by the response date on the first page of this letter. The total combined ESRP amount for the months that you dispute will determine whether you need to submit a small case request or a formal written protest.

  ◦ Small case request: If the total combined ESRP for all the months that you disagree with is $25,000 or less, you can send us a letter requesting consideration by Appeals. Indicate the reasons why you do not agree.
  ◦ Formal protest: If the total, combined ESRP for all the months that you disagree with is more than $25,000, you must submit a formal written protest requesting consideration by Appeals. The enclosed Publication 5, Your Appeal Rights and How to Prepare a Protest If You Don't Agree, explains the requirements for filing a formal protest.

**Letter 5985 (1-2018)**
Catalog Number 69829J

EXHIBIT

D

**If you don't reach an agreement with Appeals or don't respond to this letter**
We'll close the case based on the enclosed reports and Form 886-A, and will take the appropriate actions to collect the amount you owe. Please review the enclosed Publication 594, The IRS Collection Process, for information about the steps the IRS may take to collect balances due.

If you have questions, you can contact the person on the top of the first page. When writing, please enclose a copy of this letter.

Sincerely,

*Michelle A Kite*

Michelle Kite
Operation Manager

Enclosures:
Form 886-A
Form 14765
Form 2297
Form 3363
Publication 5
Publication 594

**Letter 5985 (1-2018)**
Catalog Number 69829J

DOJ - 00023

### ESRP Summary Table - Updated Based on Submitted Information

| Month | a. Form 1094-C, Part III, Col (a) Minimum essential coverage offer indicator offered to at least 95% | b. Form 1094-C, Part III, Col (b) Full-time employee count for ALE member | c. Allocated reduction of full-time employee count for IRC Section 4980H(a) | d. Count of assessable full-time employees with a PTC for IRC Section 4980H(a) | e. Count of assessable full-time employees with a PTC for IRC Section 4980H(b) | f. Applicable IRC Section 4980H provision | g. Monthly ESRP amount |
|---|---|---|---|---|---|---|---|
| January | No | 174 | 30 | 52 | 52 | 4980H(a) | $27,839.52 |
| February | No | 186 | 30 | 56 | 56 | 4980H(a) | $30,159.48 |
| March | No | 178 | 30 | 57 | 57 | 4980H(a) | $28,612.84 |
| April | No | 165 | 30 | 48 | 48 | 4980H(a) | $26,099.55 |
| May | No | 158 | 30 | 47 | 47 | 4980H(a) | $24,746.24 |
| June | No | 156 | 30 | 46 | 46 | 4980H(a) | $24,359.58 |
| July | No | 147 | 30 | 43 | 43 | 4980H(a) | $22,619.61 |
| August | Yes | 160 | 30 | 29 | 0 | 4980H(a) | $0.00 |
| September | Yes | 147 | 30 | 26 | 0 | 4980H(a) | $0.00 |
| October | Yes | 141 | 30 | 21 | 0 | 4980H(a) | $0.00 |
| November | Yes | 133 | 30 | 21 | 0 | 4980H(a) | $0.00 |
| December | Yes | 134 | 30 | 19 | 0 | 4980H(a) | $0.00 |
| | | | | | | Total Proposed ESRP | $184,436.82 |

DOJ - 00024

**Employer:** SUPREME LINEN SERVICES INC                          **Date:** 8/12/2024
**Employer ID Number:** ████6998
**Year:** 2018

**Form 886-A**

**Issue:**
Whether the Employer is subject to the proposed Employer Shared Responsibility Payment (ESRP) under Internal Revenue Code (IRC) Section 4980H.

**Recalculated proposed ESRP: $184,436.82**

If the Employer disagrees with the information outlined on this Explanation of Recalculated ESRP, additional information may be submitted by the date listed on the Letter 5985.

**Facts:**
The ESRP rules only apply to an employer that is an applicable large employer (ALE). In general, an employer is an ALE for a year if it had an average of 50 or more full-time employees (including full-time equivalent employees) during the preceding calendar year.

Based on the filed Form(s) 1094-C/1095-C, the ALE did not provide Minimum Essential Coverage (MEC) to at least 95% of its full-time employees and their dependents for one or more months during 2018.  Letter 226J was mailed to the ALE with a proposed ESRP assessment of $184,436.82. The ALE did not agree with the proposed ESRP assessment listed on Letter 226J. The ALE provided suggested changes to be considered by the examiner.

**Examiner's Position:**
Details of the proposed ESRP are shown in the ESRP Summary Table in the Letter 5985.

The examiner has considered the response provided by the ALE. The Department of Health and Human Services (HHS) regulations at 45 C.F.R. § 155.310(i) provide that as part of its determination of whether an employer has a liability under section 4980H of the Internal Revenue Code, the Internal Revenue Service will adopt methods to certify to an employer that one or more employees has enrolled for one or more months during a year in a Qualified Health Plan for which a premium tax credit or cost-sharing reduction is allowed or paid. The Letter 226J is the ALE's certification under section 1411 of the Affordable Care Act.

The examiner considered the ALEs request for relief from the proposed Employer Shared Responsibility Payment (ESRP). However, the Internal Revenue Code Section 4980H doesn't allow relief or abatement based on reasonable cause.

Page **1** of **2**

**Employer:** SUPREME LINEN SERVICES INC          **Date:** 8/12/2024
**Employer ID Number:** ▮▮▮▮6998
**Year:** 2018

**Form 886-A**

| |
|---|
| **Examiner's Position Continued:** |
| **Law:**<br>IRC Section 4980H(a) applies for a month when the minimum essential coverage is not offered to at least 95% of the assessable full-time employees (and their dependents) and at least one full-time employee receives a Premium Tax Credit (PTC). IRC Section 4980H(a) is calculated by multiplying the number of assessable full-time employees less the allocated reduction of full-time employees by $2,320.00 divided by 12 or $193.33 per month.<br><br>IRC Section 4980H(b) applies for a month when the minimum essential coverage is offered to at least 95% of the assessable full-time employees (and their dependents) and at least one full-time employee receives a PTC. IRC Section 4980H(b) is calculated by multiplying the number of assessable full-time employees that received a PTC per month by $3,480.00 divided by 12 or $290.00 to arrive at the proposed monthly ESRP assessment.<br><br>The ESRP amount under IRC Section 4980H(b) cannot be more than the amount that would have been proposed under IRC Section 4980H(a) had it applied for that same month. |
| **Reminder:**<br>The proposed ESRP is based on the information on the Form 1094-C and Form 1095-C, lines 14 and 16. See the instructions for Form 1094-C and 1095-C at www.irs.gov/forms-pubs for more information. These instructions provide a detailed description of the codes used on the Form 1095-C, line 14, Code Series 1 – Offer of Coverage, and line 16, Code Series 2 – Section 4980H Safe Harbor Codes and Other Relief for Employers. The codes used on Forms 1095-C appear on the Form 14765, Employee Premium Tax Credit (PTC) Listing, which is included. |
| **Conclusion:**<br>Under IRC Section 4980H, the ALE is liable for the proposed ESRP shown above. The proposed ESRP is unchanged because a written request for changes was not provided by the ALE. |

Page **2** of 2

DOJ - 00026

Form **14765**
(May 2021)

Department of the Treasury - Internal Revenue Service
# Employee Premium Tax Credit (PTC) Listing

Any month not highlighted is a month that the employee received a PTC and no safe harbor or other relief from the ESRP was applicable. The employee is an assessable full-time employee for that month. Any month that shows XF, XG, or XH is due to a determination that you do not qualify for the safe harbor being claimed (2F, 2G, or 2H). If you still think the safe harbor applies, you may provide your computation with your written request for reconsideration.

| Employer name | Employer ID number | Tax year |
|---|---|---|
| SUPREME LINEN SERVICES INC | **-***6998 | 2018 |

| Employee Name (last, first) | SSN (last 4 digits) | All 12 months Indicator Codes (Form 1095-C, lines 14 and 16 combined) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Additional Information Attached |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ████ | 0512 | | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ████ | 7101 | | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ████ | 3438 | | NOPTC | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | NOPTC | NOPTC | NOPTC | ☐ |
| ████ | 4558 | | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ████ | 0259 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ████ | 3368 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ████ | 9430 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ████ | 8928 | | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ████ | 8565 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ████ | 3389 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ████ | 4754 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |

DOJ - 00027

Form **14765**
(May 2021)

Department of the Treasury - Internal Revenue Service

# Employee Premium Tax Credit (PTC) Listing

Any month not highlighted is a month that the employee received a PTC and no safe harbor or other relief from the ESRP was applicable. The employee is an assessable full-time employee for that month. Any month that shows XF, XG, or XH is due to a determination that you do not qualify for the safe harbor being claimed (2F, 2G, or 2H). If you still think the safe harbor applies, you may provide your computation with your written request for reconsideration.

| Employer name | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPREME LINEN SERVICES INC | | Employer ID number **-***6998 | | | | | | Tax year 2018 | | | | | | |

DOJ - 00028

| Employee | ID | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | 6262 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▓ | 6066 | | NOPTC | NOPTC | NOPTC | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▓ | 0722 | | NOPTC | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▓ | 1230 | | NOPTC | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▓ | 7683 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▓ | 6965 | | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▓ | 1824 | | NOPTC | NOPTC | NOPTC | NOPTC | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▓ | 5579 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▓ | 2532 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▓ | 9990 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▓ | 8719 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▓ | 2038 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▓ | 2985 | | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▓ | 0353 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |

Form **14765**
(May 2021)

Department of the Treasury - Internal Revenue Service
# Employee Premium Tax Credit (PTC) Listing

Any month not highlighted is a month that the employee received a PTC and no safe harbor or other relief from the ESRP was applicable. The employee is an assessable full-time employee for that month. Any month that shows XF, XG, or XH is due to a determination that you do not qualify for the safe harbor being claimed (2F, 2G, or 2H). If you still think the safe harbor applies, you may provide your computation with your written request for reconsideration.

| Employer name | Employer ID number | Tax year |
|---|---|---|
| SUPREME LINEN SERVICES INC | **-***6998 | 2018 |

DOJ - 00029

| ID | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| 9675 | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| 4315 | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| 1649 | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| 5521 | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| 6370 | NOPTC | NOPTC | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| 7080 | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| 0014 | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| 8466 | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| 6321 | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| 4667 | NOPTC | NOPTC | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| 2516 | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| 0304 | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| 7573 | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |

Form **14765**
(May 2021)

Department of the Treasury - Internal Revenue Service
# Employee Premium Tax Credit (PTC) Listing

Any month not highlighted is a month that the employee received a PTC and no safe harbor or other relief from the ESRP was applicable. The employee is an assessable full-time employee for that month. Any month that shows XF, XG, or XH is due to a determination that you do not qualify for the safe harbor being claimed (2F, 2G, or 2H). If you still think the safe harbor applies, you may provide your computation with your written request for reconsideration.

| Employer name | Employer ID number | Tax year |
|---|---|---|
| SUPREME LINEN SERVICES INC | **-***6998 | 2018 |

DOJ - 00030

| | ID | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▉ | 0693 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▉ | 7023 | | NOPTC | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 0747 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▉ | 7516 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 7375 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 8999 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 7016 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 5517 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 1898 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▉ | 1743 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▉ | 2739 | | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 8381 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 9119 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | NOPTC | ☐ |
| ▉ | 9701 | | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |

Form **14765**
(May 2021)

Department of the Treasury - Internal Revenue Service
# Employee Premium Tax Credit (PTC) Listing

Any month not highlighted is a month that the employee received a PTC and no safe harbor or other relief from the ESRP was applicable. The employee is an assessable full-time employee for that month. Any month that shows XF, XG, or XH is due to a determination that you do not qualify for the safe harbor being claimed (2F, 2G, or 2H). If you still think the safe harbor applies, you may provide your computation with your written request for reconsideration.

| Employer name | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPREME LINEN SERVICES INC | | | | | | | | | | | **Employer ID number** **-***6998 | | **Tax year** 2018 | |

| | ID | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▉ | 8091 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 5504 | | NOPTC | NOPTC | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▉ | 8206 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▉ | 8037 | | NOPTC | NOPTC | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 2938 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▉ | 9573 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 5652 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 6831 | | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 9952 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 4263 | | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |
| ▉ | 6238 | | NOPTC | NOPTC | 1H/ | 1H/ | 1H/ | 1H/ | 1H/ | 1E/2H | 1E/2H | 1E/2H | 1E/2H | 1E/2H | ☐ |
| ▉ | 2058 | | NOPTC | NOPTC | NOPTC | NOPTC | 1H/ | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | NOPTC | ☐ |

DOJ - 00031