UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20723-JB/Torres

SUPREME LINEN SERVICES, INC.,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.
_____/

**FINAL JUDGMENT**

**THIS CAUSE** comes before the Court on its Omnibus Order on Cross Motions for Summary Judgment in which the Court granted Defendant United States' Cross-Motion for Summary Judgment and denied Plaintiff's Motion for Summary Judgment. ECF No. [32]. Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant, United States of America, and against Plaintiff, Supreme Linen Services, Inc. Plaintiff shall take nothing from this action and go hence without day.

**DONE AND ORDERED** in Miami, Florida, this 25th day of February, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE